# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0320.  WILLIAM THOMAS MIDDLETON v. CEDRICK TAYLOR et al.**

William Middleton currently is serving a 20-year prison sentence following his 2005 guilty plea to one count of sexual exploitation of children.  In 2018, he filed a petition for a writ of habeas corpus, seeking to challenge his conviction.  After the trial court dismissed several of the claims in Middleton's habeas petition, he filed this application for discretionary review.  The Supreme Court, however, has appellate jurisdiction over all habeas corpus cases.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This application is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/13/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*